**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC., UNILOC LUXEMBOURG, S.A., <br><br>         Plaintiffs, <br><br> v. <br><br> MOTOROLA MOBILITY LLC, <br><br>         Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:16-CV-00992-JRG (LEAD CASE) <br><br><br> CIVIL ACITON NO. 2:16-CV-00994-JRG (MEMBER CASE) |

## ORDER

Before the Court is Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively, "Uniloc"), and Defendants Huawei Device USA, Inc. and Huawei Device Co. Ltd.'s (collectively, "Huawei") Stipulation of Dismissal with Prejudice (the "Stipulation"). (Dkt. No. 181.) Uniloc and Huawei represent that they have settled all claims in dispute in Case No. 2:16-cv-00994-JRG and request the Court enter an order dismissing the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Having considered the Stipulation, the Court hereby **DISMISSES WITH PREJUDICE** all claims and counterclaims asserted between Uniloc and Huawei in Case No. 2:16-cv-00994-JRG. Each party shall bear its own attorneys' fees, costs, and expenses. All pending motions between Uniloc and Huawei in the aforementioned case are **DENIED AS MOOT**.[1]

---

[1] While the claims and counterclaims in Case No. 2:16-cv-00994-JRG have been resolved by the respective parties, the lead case and other member cases therein are still pending before this Court. The Court stayed Lead Case No. 2:16-cv-00992-JRG and all other cases consolidated therein pending a final resolution of *inter partes* review of the patents-in-suit. (Dkt. Nos. 173, 180.)

**So ORDERED and SIGNED this 3rd day of July, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE